**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sergio Plaza Busante Jr.**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–4215**<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Lydia Traquena Busante**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–4284**<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Virginia** | | Date case case filed for chapter  **7**   **1/7/19** |
| Case number:    **19–70044–FJS** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sergio Plaza Busante Jr. | Lydia Traquena Busante |
| 2. | **All other names used in the last 8 years** | aka Sergio P. Busante | |
| 3. | **Address** | 525 Declaration Road<br>Virginia Beach, VA 23462 | 525 Declaration Road<br>Virginia Beach, VA 23462 |
| 4. | **Debtor's attorney**<br>Name and address | Jared A. Mangum<br>Harry Jernigan CPA Attorney, P.C.<br>5101 Cleveland Street, Suite 200<br>Virginia Beach, VA 23462 | Contact phone 757–490–2200<br>Email: jmangum@hjlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom C. Smith, Jr.<br>P.O. Box 1506<br>Virginia Beach, VA 23451 | Contact phone (757) 428–3481<br>Email: trustee@tomcsmith.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 600 Granby St., Room 400<br>Norfolk, VA 23510<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 757–222–7500 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: January 8, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 14, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, 200 Granby Street, Room 120, Norfolk, VA 23510** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>  or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: April 15, 2019** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

Debtor  **Sergio Plaza Busante Jr.**  and  **Lydia Traquena Busante**                    Case number **19–70044–FJS**

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13. Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14. Manner of Payment of Fees** | **Newport News:** non–debtor's check, money order, cashier's check or any authorized non–debtor's credit card; cash is NOT accepted at Newport News location.<br>**Norfolk:** same as above; however, effective December 16, 2013, cash is accepted – ONLY in the exact amount due for payment of fees and services. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:
Sergio Plaza Busante, Jr.
Lydia Traquena Busante
    Debtors

Case No. 19-70044-FJS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-8      User: jonesmoz      Page 1 of 1      Date Rcvd: Jan 08, 2019
                      Form ID: 309A      Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.
```
db/jdb        +Sergio Plaza Busante, Jr.,    Lydia Traquena Busante,    525 Declaration Road,
                Virginia Beach, VA 23462-2250
14669189       ABNB Federal Credit Union,    VISA,    P.O. Box 6818,    Carol Stream, IL 60197-6818
14669195       PayPal Credit,    P.O. Box 71202,    Charlotte, NC 28272-1202
14669196      +T-Mobile,    233 Independence Blvd.,    Suite 103,    Virginia Beach, VA 23462-2913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: jmangum@hjlaw.com Jan 09 2019 04:33:48      Jared A. Mangum,
                Harry Jernigan CPA Attorney, P.C.,    5101 Cleveland Street, Suite 200,
                Virginia Beach, VA  23462
tr            +EDI: QTCSMITH.COM Jan 09 2019 09:08:00      Tom C. Smith, Jr.,    P.O. Box 1506,
                Virginia Beach, VA 23451-9506
14669190       EDI: BANKAMER.COM Jan 09 2019 09:08:00      Bank of America,    P.O. Box 31785,
                Tampa, FL 33631-3785
14669191       EDI: BANKAMER.COM Jan 09 2019 09:08:00      Bank of America,    P.O. Box 15019,
                Wilmington, DE 19850-5019
14669192       EDI: CITICORP.COM Jan 09 2019 09:08:00      Citi Cards,    P.O. Box 183051,
                Columbus, OH 43218-3051
14669193       EDI: RCSDELL.COM Jan 09 2019 09:08:00      Dell Financial Services LLC,    Attn: President/CEO,
                Po Box 81577,    Austin, TX 78708-0000
14669194      +EDI: CBSKOHLS.COM Jan 09 2019 09:08:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                Milwaukee, WI 53201-3120
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:
```
              Jared A. Mangum    on behalf of Debtor Sergio Plaza Busante, Jr. jmangum@hjlaw.com,
               hj@hjlaw.com;ccamardo@hjlaw.com;mborowczyk@hjlaw.com;szongolowicz@hjlaw.com
              Jared A. Mangum    on behalf of Joint Debtor Lydia Traquena Busante jmangum@hjlaw.com,
               hj@hjlaw.com;ccamardo@hjlaw.com;mborowczyk@hjlaw.com;szongolowicz@hjlaw.com
              John P. Fitzgerald, III    ustpregion04.no.ecf@usdoj.gov
              Tom C. Smith, Jr.    trustee@tomcsmith.com, tcsmith@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```