## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| In re:   Sergio Plaza Busante, Jr.<br>         Lydia Traquena Busante | Case No. 19-70044-FJS |
| Debtors. | Chapter 7 |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW COMES Harry Jernigan CPA Attorney, P.C., and moves this Court for the entry of an Order substituting Carolyn L. Camardo, Esquire as Counsel of Record in this case, and in support thereof, states as follows:

1. Jared A. Mangum, Esquire has resigned from Harry Jernigan CPA Attorney, P.C. to accept a full-time position with another law firm.

2. The Debtors have requested to have the firm of Harry Jernigan CPA Attorney, P.C. represent her in their bankruptcy.

3. Carolyn L. Camardo, an attorney at Harry Jernigan CPA Attorney, P.C., the firm with which Jared A. Mangum practiced during the development and filing of the case, is well-equipped, with the assistance of firm staff, to continue effective representation of the Debtors.

FURTHERMORE, Counsel prays that the Court will allow Jared A. Mangum, Esq. to withdraw as counsel in this case and for entry of an Order substituting Carolyn L. Camardo, Esq. as Counsel of Record in this case.

Jared A. Mangum, Esquire, VSB #88501
**HARRY JERNIGAN CPA ATTORNEY, P.C.**
5101 Cleveland Street, Suite 200
Virginia Beach, VA 23462
(757) 490-2200 Telephone
(757) 490-0280 Facsimile
*Counsel for Sergio Plaza Busante, Jr. and Lydia Traquena Busante*

SERGIO PLAZA BUSANTE, JR.<br>LYDIA TRAQUENA BUSANTE

Dated: 2\6\19                    By: _____
                                        Of Counsel

Jared A. Mangum, Esquire, VSB #88501
**HARRY JERNIGAN CPA ATTORNEY, P.C.**
5101 Cleveland Street, Suite 200
Virginia Beach, VA 23462
(757) 490-2200 Telephone
(757) 490-0280 Facsimile
*Counsel for Sergio Plaza Busante, Jr. and Lydia Traquena Busante*

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing Motion to Substitute Counsel of Record was served via Electronic Case Filing mailed to the following this 6 day of February, 2019:

Office of the U. S. Trustee
Federal Bldg., Rm. 625
200 Granby Mall
Norfolk, VA 23510

Tom C. Smith, J., Chapter 7 Trustee
P.O. Box 1506
Virginia Beach, Virginia 23451

and served via U.S. Mail to the following:

Sergio Plaza Busante, Jr.
Lydia Traquena Busante
525 Declaration Road
Virginia Beach, Virginia 23462

_____
Jared A. Mangum, Esquire

# PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:  Sergio Plaza Busante, Jr.                          Case No. 19-70044-FJS
       Lydia Traquena Busante

       Debtors.                                           Chapter 7

### ORDER SUBSTITUTING COUNSEL

ON THIS DAY came Sergio Plaza Busante, Jr. and Lydia Traquena Busante, Debtors, by Counsel, on the motion for the substitution of Carolyn L. Camardo, Esquire, as legal counsel for the Debtors in the place and stead of Jared A. Mangum, Esquire.

It appearing to the Court that good cause exists for the entry of this Order, it is hereby

**ADJUDGED, ORDERED** and **DECREED** that Jared A. Mangum, Esquire (VSB #88501), is hereby authorized by this Court to withdraw as legal counsel for the Debtors in this case, and that Carolyn L. Camardo, Esquire (VSB #23814) be substituted as Counsel of record.

Entered on Docket: _____

_____
The Honorable Frank J. Santoro
United States Bankruptcy Judge

Carolyn L. Camardo, Esquire, VSB, #23814
**HARRY JERNIGAN CPA ATTORNEY, P.C.**
5101 Cleveland Street, Suite 200
Virginia Beach, VA 23462
(757) 490-2200 Telephone
(757) 490-0280 Facsimile
Email: ccamardo@hjalw.com
*Counsel for Sergio Plaza Busante, Jr. and Lydia Traquena Busante*

WE ASK FOR THIS:

_____
Jared A. Mangum, Esquire, VSB #88501

_____
Sergio Plaza Busante, Jr., Debtor 1

_____
Lydia Traquena Busante. Debtor 2

_____
Carolyn L. Camardo, Esquire, VSB #23814

SEEN AND NO OBJECTION:

_____
Tom C. Smith, Jr., Chapter 7 Trustee

## LOCAL RULE 9022-1(C) CERTIFICATION

THE FOREGOING ORDER WAS ENDORSED BY AND SERVED UPON ALL NECESSARY PARTIES PURSUANT TO LOCAL RULE. 9022-1(C).

_____
Carolyn L. Camardo, Esquire

**PARTIES TO RECEIVE COPIES**

Carolyn L. Camardo, Esquire
VIA ECF electronic notice

Tom C. Smith, Jr., Chapter 7 Trustee
VIA ECF electronic notice

Office of the U. S. Trustee
Federal Bldg., Room 625
200 Granby Street
Norfolk, VA 23510

Sergio Plaza Busante, Jr.
Lydia Traquena Busante
525 Declaration Road
Virginia Beach, Virginia 23462