# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:  Sergio Plaza Busante, Jr.         Case No. 19-70044-FJS
       Lydia Traquena Busante

       Debtors.        Chapter 7

## ORDER SUBSTITUTING COUNSEL

ON THIS DAY came Sergio Plaza Busante, Jr. and Lydia Traquena Busante, Debtors, by Counsel, on the motion for the substitution of Carolyn L. Camardo, Esquire, as legal counsel for the Debtors in the place and stead of Jared A. Mangum, Esquire.

It appearing to the Court that good cause exists for the entry of this Order, it is hereby

**ADJUDGED, ORDERED** and **DECREED** that Jared A. Mangum, Esquire (VSB #88501), is hereby authorized by this Court to withdraw as legal counsel for the Debtors in this case, and that Carolyn L. Camardo, Esquire (VSB #23814) be substituted as Counsel of record.

Entered on Docket: Mar 4, 2019

/s/ Frank J. Santoro      Mar 2 2019
The Honorable Frank J. Santoro
United States Bankruptcy Judge

Carolyn L. Camardo, Esquire, VSB, #23814
**HARRY JERNIGAN CPA ATTORNEY, P.C.**
5101 Cleveland Street, Suite 200
Virginia Beach, VA 23462
(757) 490-2200 Telephone
(757) 490-0280 Facsimile
Email: ccamardo@hjalw.com
*Counsel for Sergio Plaza Busante, Jr. and Lydia Traquena Busante*

WE ASK FOR THIS:

*/s/ Jared A. Mangum*
Jared A. Mangum, Esquire, VSB #88501

*/s/ Sergio Plaza Busante, Jr.*
Sergio Plaza Busante, Jr., Debtor 1

*/s/ Lydia Traquena Busante*
Lydia Traquena Busante, Debtor 2

*/s/ Carolyn L. Camardo*
Carolyn L. Camardo, Esquire, VSB #23814

SEEN AND NO OBJECTION:

*/s/ Tom C. Smith, Jr.*        *[Permission to affix electronic signature from Tom C. Smith, Jr*
Tom C. Smith, Jr., Chapter 7 Trustee   *via electronic mail dated 2/11/19]*

## LOCAL RULE 9022-1(C) CERTIFICATION

THE foregoing ORDER was endorsed by and served upon all necessary parties pursuant to LOCAL RULE. 9022-1(C).

　　　　　　　　　　　　　　　*/s/ Carolyn L. Camardo*
　　　　　　　　　　　　　　　Carolyn L. Camardo, Esquire

**PARTIES TO RECEIVE COPIES**

Carolyn L. Camardo, Esquire
VIA ECF electronic notice

Tom C. Smith, Jr., Chapter 7 Trustee
VIA ECF electronic notice

Office of the U. S. Trustee
Federal Bldg., Room 625
200 Granby Street
Norfolk, VA 23510

Sergio Plaza Busante, Jr.
Lydia Traquena Busante
525 Declaration Road
Virginia Beach, Virginia 23462